JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE HAUSKNECHT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-11736-RGK-JC<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** [43] |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-11736-RGK-JC, is dismissed in its entirety as to all defendants, without prejudice. Each party shall bear its own attorneys' fees and costs in this matter.

IT IS HEREBY FURTHER ORDERED that that all dates set in this matter are vacated and taken off the Court's calendar.

Dated: _____February 11_____, 2022         _/s/ Gary Klausner_
　　　　　　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　　United States District Judge

178508.1