closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE HAUSKNECHT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-11736-RGK-JC<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   December 29, 2020<br><br>Judge:  R. Gary Klausner<br>Ctrm:   850, 8th Floor |

　　Based upon the stipulation of the parties and for good cause shown,

　　IT IS HEREBY ORDERED that this action, Case 2:20-cv-11736-RGK-JC, is dismissed in its entirety as to all defendants with prejudice.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: February 18, 2022

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Judge